===============================================================================

\* \* \* \* \* UNITED STATES DISTRICT COURT \* \* \* \* \*

__NORTHERN__      DISTRICT OF  ____NEW YORK____

JUDGMENT IN A CIVIL CASE

DOCKET NO.      **9:05cv904 (LEK/RFT**)

KEON COLLINS,

Plaintiff(s),

v.

FEDERAL BUREAU OF PRISONS, HARLEY LAPPIN, Director, FBOP,
D. SCOTT DODRILL, Northeast Regional Director, FBOP,
JOHN NASH, Warden, FCI Fort Dix, TR CRAIG, Warden, FCI RayBrook,
MR. HOLT, Warden, FCI Schuylkill, R. PAINTER, Case Manager, FCI Schuylkill,
and MS. SHIRES, Counselor, FCI Schuylkill,

Defendant(s).

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___x___  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that in accordance with the DECISION & ORDER of USDJ Lawrence E. Kahn dd 1/4/07, the Report and Recommendations of USMJ Lowe is approved & adopted & the

Motion for Summary Judgment is granted.

DATE: **January 4, 2007**

Clerk of Court

s/WILLIAM J. GRIFFIN
By: _____
DEPUTY CLERK